United States District Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LEWIS JOSE BENAVIDEZ-URDANETA, | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-6550 |
| vs. | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

Represented by counsel, Lewis Jose Benavidez-Urdaneta has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention by United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. (Docket Entry No. 1). On August 21, 2026, the court entered an order directing the respondents to file an answer or other appropriate responsive pleading to the petition by August 28, 2026. (Docket Entry No. 4).

On August 24, 2026, counsel for the petitioner filed an Emergency Motion to Enforce the Court's August 21, 2026 Order, for an Order to Show Cause Why Respondents Should Not Be Held in Civil Contempt, and to Compel Disclosure of Petitioner's Location and Any Planned Removal. (Docket Entry No. 5).

The respondents are **ordered** to file a response to the emergency motion and an answer to the petition by no later than **5:00 p.m. CDT on Thursday, August 27, 2026**. **A hearing on the emergency motion will be held at 2:00 p.m. CDT on Friday, August 28, 2026, via Zoom**. The

respondents may not remove the petitioner until the court has held the hearing and issued an order on the requested relief in the emergency motion.

SIGNED on August 24, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge