United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LEWIS JOSE BENAVIDEZ-URDANETA, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-6550 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Lewis Jose Benavidez-Urdaneta, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On September 10, 2026, the respondent filed a Notice of Intent to Remove stating that the petitioner would be removed from the United States on September 23, 2026. (Docket Entry No. 14). Review of ICE's *Online Detainee Locator System* appears to indicate that the petitioner is not currently in ICE custody.[1]

**No later than November 19, 2026**, counsel for the petitioner must provide the court with a status update explaining whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner is no longer in custody.

SIGNED on November 12, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge

[1] The location of a person in ICE custody may be found by searching for the person by the person's A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Nov. 10, 2026).