United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LEWIS JOSE BENAVIDEZ-URDANETA, | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-6550 |
| vs. | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Lewis Jose Benavidez-Urdaneta, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On November 19, 2026, the respondents filed a Status Report stating that the petitioner has been removed from the United States. (Docket Entry No. 16). Because the petitioner has been removed from the United States, this habeas action is moot.

The court **orders** that this case is **dismissed** without prejudice. Any pending motions are **denied** as moot.

SIGNED on November 23, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge